IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN PAUL MOORE,

    PLAINTIFF,

No. 2:23-cv-00169-DMC

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

-----------------------------------------------------------

**ORDER**

Before the Court is the Motion of Plaintiff, ECF No. 11, Shaun Paul Moore, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until August 18, 2023, to file his Opening Brief.  Accordingly, Defendant's deadline to file her responsive brief is extended to October 2, 2023.  Plaintiff's deadline to file a reply brief,

/ / /

1

if any, is extended to October 17, 2023.


Dated:  June 12, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE