IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAUN PAUL MOORE,

      PLAINTIFF,

No. 2:23-cv-00169-DMC

-V-

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

-----------------------------------------------------------

**PROPOSED ORDER**

    Before the Court is the Second Motion, ECF No. 13, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until September 8, 2023, to file his Opening Brief.  Accordingly, Defendant's deadline to file her responsive brief is extended to October 23, 2023.  Plaintiff's deadline to file a reply brief, if any, is

/ / /

1

extended to November 7, 2023.

It is so ORDERED.

Dated:  August 15, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2